No. 23-35561

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

BALMUCCINO, LLC,

*Plaintiff-Appellant*,

v.

STARBUCKS CORPORATION,

*Defendant-Appellee*.

*On Appeal from the United States District Court for the Western District of Washington, No. 2:22-cv-01501-JHC, The Honorable John H. Chun*

**APPELLEE'S OBJECTION TO APPELLANT'S RESPONSE TO NOTICE OF CASE BEING CONSIDERED FOR ORAL ARGUMENT**

K&L GATES LLP
Pallavi Mehta Wahi, WSBA No. 32799
Christopher M. Wyant, WSBA No. 35561
Shelby R. Stoner, WSBA No. 52837
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Tel: 206-623-7580
Fax: 206-623-7022
pallavi.wahi@klgates.com
chris.wyant@klgates.com
shelby.stoner@klgates.com

*Attorneys for Appellee Starbucks Corporation*

On April 10, 2024, for the first time, Plaintiff-Appellant Balmuccino, LLC filed a Response to Notice of Case Being Considered for Oral Argument (Form 32). Dkt. No. 23. Balmuccino's Form 32 submission was due March 10, or three days after the Court issued notice, on March 7, that this case is being considered for oral argument in Seattle during the July and August 2024 sitting dates. Dkt. No. 22.

Defendant-Appellee Starbucks Corporation objects to Balmuccino's untimely Form 32 submission. *See* Instructions for Form 32 ("Objections to responses or asserted conflicts are welcome . . . [if] file[d] . . . within one business day of the response."). This Court refuses to "entertain" late Form 32 submissions, *see id.*, and Balmuccino's submission is only the most recent example in a long pattern of delays and defaults by Balmuccino since it originally sued Starbucks in California in 2019. Balmuccino's chronic delays, including this late Form 32 submission, have subjected Starbucks to undue burden and unwarranted expense.

Even if the Court were to entertain Balmuccino's belated submission and to consider its allegedly "irreconcilable" conflicts—e.g., potential trial dates, a mediation hearing, and a status conference scheduled in other cases—"[p]otential hearing dates in other cases do not qualify as irreconcilable conflicts." *Id.*

- 1 -

The Court should reject Balmuccino's untimely Form 32 submission and proceed with scheduling this case for oral argument in Seattle during the July or August 2024 sitting dates.

DATED this 11th day of April, 2024.

Respectfully submitted,

K&L GATES LLP

By: */s/ Pallavi Mehta Wahi*
　　Pallavi Mehta Wahi, WSBA No. 32799
　　Christopher M. Wyant, WSBA No. 35561
　　Shelby R. Stoner, WSBA No. 52837
　　925 Fourth Avenue, Suite 2900
　　Seattle, WA 98104-1158
　　Tel: 206-623-7580
　　Fax: 206-623-7022
　　pallavi.wahi@klgates.com
　　chris.wyant@klgates.com
　　shelby.stoner@klgates.com

　　925 Fourth Avenue, Suite 2900
　　Seattle, WA 98104-1158
　　Phone: (206) 623-7580

*Attorneys for Appellee Starbucks Corporation*

# CERTIFICATE OF SERVICE
*U.S. Court of Appeals Docket No. 23-35561*

      I hereby certify that on April 11, 2024, I arranged for the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

      Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Signature:    */s/ Abigail Belscher*