# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** No. 23-35561

**Case Name** Balmuccino, LLC v. Starbucks Corporation

**Hearing Location** (*city*) San Francisco

**Your Name** Robert B. Mitchell

List the sitting dates for the two sitting months you were asked to review:

September 9-13, 2024
October 7-11, 2024
October 21-25, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

September 9-11, 2024: completing long-planned trip to, and returning from, Oxford, United Kingdom

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

●Yes ○No

If yes, list the number, name, and hearing city of each of the other case(s):

No. 23-35414, Fowler v. Guerin; Seattle
See notes on Form 32 filed in that case.

**Signature** s/Robert B. Mitchell          **Date** May 17, 2024

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 New 12/01/2018