# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-35561

**Case Name** Balmuccino, LLC v. Starbucks Corporation

**Hearing Location (*city*)** San Francisco

**Your Name** Eduardo Martorell

List the sitting dates for the two sitting months you were asked to review:

September 9-13, 2024
October 7-11, 2024
October 21-25, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

September 12, 2024 (Status Conference), and October 9, 2024 (Final Pretrial Conference)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Eduardo Martorell    **Date** 05/21/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**    New 12/01/2018